UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>RICHARD JAMAL HAYNES,<br><br>Defendant. | No.   2:14-CR-0050-WFN-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

A sentencing hearing was held in 2:13-CR-0008-WFN-2. The Government moved to dismiss the Indictment in this case pursuant to the Plea Agreement entered between the parties in 2:13-CR-0008-WFN-2. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss is **GRANTED.**

2. The Indictment is **DISMISSED with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of September, 2014.

09-17-14

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER